ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Technical Systems Integration, Inc. | ) | ASBCA No. 62687-ADR |
| | ) | |
| Under Contract No. N61331-18-D-0011 | ) | |

APPEARANCES FOR THE APPELLANT:    Michael J. Gardner, Esq.
Brett Castellat, Esq.
  Greenberg Traurig LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
Raymond P. Oldach, Jr., Esq.
  Trial Attorney
  Naval Surface Warfare Center
  Panama City, FL

ORDER OF DISMISSAL

The dispute has been settled and the parties jointly moved to dismiss this appeal. The Board grants the motion and dismisses this appeal with prejudice.

Dated: July 13, 2021

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62687-ADR, Appeal of Technical Systems Integration, Inc., rendered in conformance with the Board's Charter.

Dated: July 14, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals